IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda M Beck | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY CASE NUMBER 18-20095-JAD |

Bayview Loan Servicing, LLC, a Delaware
Limited Liability Company
        MOVANT
VS.

Brenda M Beck,
   RESPONDENT(S)/DEBTOR(S)

Ronda J. Winnecour, TRUSTEE
   ADDITIONAL RESPONDENT(S)

## **STIPULATION AND ORDER**

AND NOW, it is hereby stipulated and agreed to by and between Bayview Loan

Servicing, LLC, a Delaware Limited Liability Company, ("Movant") and Brenda M Beck,

("Debtors") as follows:

1.      Debtor (s) have brought the account current.

2.      Bayview Loan Servicing, LLC, a Delaware Limited Liability Company wishes to

discontinue the foreclosure action which pre-dated the bankruptcy but must do so

by Motion to Vacate the judgment in state court.

3.      The parties agree that relief from stay is Granted for the LIMITED Purpose of

filing such a motion in state court. The Debtor will be served with said motion in

accordance with the Pennsylvania rules of civil procedure.

4.      The automatic stay remains in effect in all other aspects of the Debtors

bankruptcy case.

DATED:     11/01/2021                         /s/ Christopher A. DeNardo

                                                Christopher A. DeNardo, Esquire
Attorney for Bayview Loan Servicing,
LLC, a Delaware Limited Liability
Company

DATED:     11/01/2021                         /s/ Daniel R. White

                                                Daniel R. White, Esquire
Zebley, Mehalov & White, P.C.
Attorney for Debtor(s),
Brenda M Beck

AND NOW, this _____day of _____, 2021 it is hereby ORDERED that

the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE