FILED
11/3/21 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda M Beck<br><br>    DEBTOR(S) | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>18-20095-JAD |
| Bayview Loan Servicing, LLC, a Delaware<br>Limited Liability Company<br>    MOVANT<br>VS.<br><br>Brenda M Beck,<br>  RESPONDENT(S)/DEBTOR(S)<br><br>Ronda J. Winnecour, TRUSTEE<br>  ADDITIONAL RESPONDENT(S) | Related to Doc. # 58 |

**STIPULATION AND ORDER**

AND NOW, it is hereby stipulated and agreed to by and between Bayview Loan

Servicing, LLC, a Delaware Limited Liability Company, ("Movant") and Brenda M Beck,

("Debtors") as follows:

1. Debtor (s) have brought the account current.

2. Bayview Loan Servicing, LLC, a Delaware Limited Liability Company wishes to

   discontinue the foreclosure action which pre-dated the bankruptcy but must do so

   by Motion to Vacate the judgment in state court.

3. The parties agree that relief from stay is Granted for the LIMITED Purpose of

   filing such a motion in state court. The Debtor will be served with said motion in

   accordance with the Pennsylvania rules of civil procedure.

4. The automatic stay remains in effect in all other aspects of the Debtors

   bankruptcy case.

DATED:        11/01/2021                      /s/ Christopher A. DeNardo
_____           _____
                                                  Christopher A. DeNardo, Esquire
                                                  Attorney for Bayview Loan Servicing,
                                                  LLC, a Delaware Limited Liability
                                                  Company


DATED:        11/01/2021                       /s/ Daniel R. White
_____           _____
                                                  Daniel R. White, Esquire
                                                  Zebley, Mehalov & White, P.C.
                                                  Attorney for Debtor(s),
                                                  Brenda M Beck


        AND NOW, this ___3rd_____ day of __November__, 2021 it is hereby ORDERED that

the foregoing Stipulation is approved, shall be, and is made an Order of this Court.



                                  _____
                                  HONORABLE JEFFERY A. DELLER
                                  UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20095-JAD |
| Brenda M Beck | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brenda M Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021                           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company pabk@logs.com, logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Daniel R. White | on behalf of Debtor Brenda M Beck sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Lauren Moyer | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@ecf.courtdrive.com |

District/off: 0315-2                          User: lfin                                         Page 2 of 2
Date Rcvd: Nov 03, 2021                       Form ID: pdf900                                 Total Noticed: 1

Lauren Moyer
                        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as Owner
                        Trustee of Matawin Ventures Trust Series 2018-1 ecfmail@ecf.courtdrive.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Sindi Mncina
                        on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
                        Mortgage Acquisition Trust smncina@rascrane.com


TOTAL: 9