IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Brenda M Beck | : | Bankruptcy No. 18-20095-JAD |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No. 11 |
| Movant | Wilmington Savings Fund Society, FSB | : | |
| | | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:    Wilmington Savings Fund Society, FSB
   Incorrect Address:  c/o Selene Finance, LP
                           9990 Richmond Ave.
                           Suite 400 South
                           Houston  TX  77042

Corrected Address:
   Creditor Name:    Wilmington Savings Fund Society, FSB
   Correct Address:   c/o Selene Finance LP
                           Attn: BK Dept
                           3501 Olympus Blvd, Suite 500
                           Dallas, TX 75019

Dated June 3, 2022

                                                      /s/ Charles G. Wohlrab
                                             Electronic Signature of Debtor(s)' Attorney

                                                           Charles G. Wohlrab, Esq.
                                                                       Typed Name

                       10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
                                                                              Address

                                                                 (470) 321-7112 Ext. 257
                                                                              Phone No.

                                                                                 314532
                                                              Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____June 3, 2022_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRENDA M BECK
189 CLARK ROAD
PERRYOPOLIS, PA 15473

And via electronic mail to:

DANIEL R. WHITE
ZEBLEY MEHALOV & WHITE, P.C.
18 MILL STREET SQUARE
P.O. BOX 2123
UNIONTOWN, PA 15401

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Isabelle Rogers