**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/11/2022

IN RE:

BRENDA M BECK
189 CLARK ROAD
PERRYOPOLIS, PA  15473
XXX-XX-2170         Debtor(s)

Case No.18-20095 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/11/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:1  INT %: 3.64%<br>Court Claim Number:2 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1584 | CLAIM: 12,937.02<br>COMMENT: CL2GOV@MDF*$@%/PL-CL@379.88MO/PL*910/PL |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX 75019 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5596 | CLAIM: 0.00<br>COMMENT: CL11GOV*PMT/PL-CL*1095.71X(60+2)=LMT*BGN 2/18*FR BAYVIEW-D30*FR WILMIN |
| **BVA FCU**<br>608 ROSTRAVER RD<br>BELLE VERNON, PA 15012 | Trustee Claim Number:3  INT %: 10.00%<br>Court Claim Number:9 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3610 | CLAIM: 17,100.57<br>COMMENT: 17,250.49@10%/PL~910 CLM/PL |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number:4  INT %: 9.00%<br>Court Claim Number:7-4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0018 | CLAIM: 8,244.90<br>COMMENT: CL7-4GOV@9%*17-08-0018*$/PL-CL@9%/PL*NO% STD/CL*15-17/SCH-CL-PL*AMD |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:5  INT %: 4.00%<br>Court Claim Number:5-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8639 | CLAIM: 21,047.31<br>COMMENT: CL5-2GOV*26k@STAT%/PL*09-13/SCH-PL*AMD |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:6  INT %: 4.00%<br>Court Claim Number:1 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2170 | CLAIM: 1,767.48<br>COMMENT: CL1GOVS*$/CL-PL@STAT%/PL*09/SCH-PL*PIF/CR/LTR |
| **SHERYL HEID**<br>4 N BEESON AVE<br>UNIONTOWN, PA 15401 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **SHAPIRO & DENARDO LLC***<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:5-2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8639 | CLAIM: 36,901.17<br>COMMENT: CL5-2GOV*29,303@0%/PL*AMD |
| **FRAZIER SD & JEFFERSON TWP (EIT)**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683-1741 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:6 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2170 | CLAIM: 2,023.17<br>COMMENT: CL6GOV*1152.15@0%/PL*2007-08/CL*07/SCH*W/18 |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 11  INT %: 0.00% | Court Claim Number: 8<br>CLAIM: 279.69<br>COMMENT: CAPITAL ONE BANK*NO PMTS EVER*CHG OFF 2/2/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5813 |
| **MONONGAHELA MEDICAL SUPPLY**<br>1163 COUNTRY CLUB RD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 12  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8066 |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 13  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 14  INT %: 0.00% | Court Claim Number: 4<br>CLAIM: 235.90<br>COMMENT: FR PHEAA-DOC 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2170 |
| **TIMOTHY BECK**<br>189 CLARK RD<br>PERRYOPOLIS, PA 15473 | Trustee Claim Number: 15  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number: 16  INT %: 0.00% | Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: CL 3@$91,813.72~W/DRWN@DOC 19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4687 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 17  INT %: 0.00% | Court Claim Number: 5-2<br>CLAIM: 9,668.73<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8639 |
| **FRAZIER SD & JEFFERSON TWP (PERCAP)**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683-1792 | Trustee Claim Number: 18  INT %: 0.00% | Court Claim Number: 6<br>CLAIM: 159.00<br>COMMENT: CL6GOV*NT/SCH-PL*2012-17*W/10 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2170 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB/**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX 75019 | Trustee Claim Number: 19  INT %: 0.00% | Court Claim Number: 11<br>CLAIM: 39,540.34<br>COMMENT: CL11GOV*36,000/PL*THRU 1/18*FR BAYVIEW-DOC 30*FR WILMINGTON-DOC 48*FR | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5596 |
| **MCCABE WEISBERG & CONWAY LLC (FRMLY L/**<br>ATTN. MARISA MYERS COHEN ESQ<br>123 SOUTH BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 20  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.:  1240 |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CL 947.34 STRICKEN/OE*NT/SCH*BENEFICIAL NATL BANK/VALUE CITY*STALE | |
| | | |
| **MCCABE WEISBERG & CONWAY LLC (FRMLY L/** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN. MARISA MYERS COHEN ESQ | Court Claim Number: | ACCOUNT NO.: |
| 123 SOUTH BROAD ST STE 1400 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT:  WILMINGTON SVNGS/PRAE | |
| | | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SELECT PORTFOLIO~DLJ MORT/PRAE | |