Fill in this information to identify the case:

Debtor 1 _____Brenda M Beck_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u>
(State)

Case number <u>18-20095-JAD</u>

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

Name of creditor: <u>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust</u>

Court claim no. (if known): <u>11</u>

Last 4 digits of any number you use to identify the debtor's account: <u>5596</u>

Property address:  <u>189 CLARK RD ,___</u>
                     Number       Street

<u>PERRYOPOLIS, PA 15473_____</u>
City                State       ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

## Part 3:  Postpetition Mortgage

*Check one:*

[ ]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
                                                              MM/DD/YYYY

[X]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                  (a) $0.00

b. Total fees, charges, expenses, escrow and costs outstanding (PPFN filed 2/22/2023):     + (b) $15,727.08

c. Total. Add lines a and b.                                                                 (c) $15,727.08

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   __3__/_10__/_2023___
                                                                             MM/ DD/ YYYY

---

Form 4100R              **Response to Notice of Final Cure Payment**              page 1

| Debtor 1 | Brenda M Beck | | | Case Number (if known) | 18-20095-JAD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab
Signature

Date 02/23/2023

Print  Charles G. Wohlrab, Esq.
       First Name    Middle Name    Last Name

Title Authorized Agent

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  130 Clinton Rd #202
         Number        Street

         Fairfield, NJ 7004
         City    State    ZIP Code

Contact  470-321-7112

Email cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Brenda M Beck
189 Clark Road
Perryopolis, PA 15473

And via electronic mail to:

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Jessica Norton

Email: jnorton@raslg.com

| Fill in this information to identify the case: |
|---|
| Debtor 1    Brenda M Beck |
| Debtor 2 |
| (Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of PENNSYLVANIA |
| Case number 18-20095-JAD |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges                    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**

Court claim no. (if known): 11-1

Last 4 digits of any number you use to identify the debtor's account: 5596

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Escrow Disbursements | 08/26/2022; 09/23/2022 | (11) | $15,727.08 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Charles G. Wohlrab
Signature

Date  02/22/2023

Print  Charles G. Wohlrab, Esq.
       First Name    Middle Name    Last Name

Title  Authorized Agent

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address  130 Clinton Rd #202
         Number    Street

         Fairfield, NJ 7004
         City    State    ZIP Code

Contact Phone  470-321-7112

Email  cwohlrab@raslg.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Brenda M Beck
189 Clark Road
Perryopolis, PA 15473

And via electronic mail to:

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/Songyul Alkhazova

**Sep, 2022**

| Trans Date | Due Date | NSF | Total Amt | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | Fee Amt | Other | Tran Code | Tran Code Name | Tran Grp Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-09-23 | 10/10/2022 12:00:00 AM | 0 | -2,310.61 | 0.00 | 0.00 | -2,310.61 | 0.00 | 0.00 | 0.00 | 315 | City/School Tax Paid | Escrow |
| 2022-09-23 | | 0 | 2,310.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 161 | Escrow Advance Refund Dep | Pmt/Reversal/Deposit |
| 2022-09-21 | | 0 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 632 | Statutory Exp Disb | Corp Adv |
| 2022-09-06 | | 0 | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.60 | 0.00 | 601 | Misc Corp Adv Disb | Corp Adv |
| 2022-09-06 | 10/10/2022 12:00:00 AM | 0 | 1,095.71 | 884.41 | 211.30 | 0.00 | 0.00 | 0.00 | 0.00 | 171 | Pmt from Lockbox/Cashiering Wk/ACH Pmt | Pmt/Reversal/Deposit |
| 2022-09-03 | | 0 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 631 | Prop Pres Disb | Corp Adv |

**Aug, 2022**

| Trans Date | Due Date | NSF | Total Amt | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | Fee Amt | Other | Tran Code | Tran Code Name | Tran Grp Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-08-26 | 9/10/2022 12:00:00 AM | 0 | -1,161.47 | 0.00 | 0.00 | -1,161.47 | 0.00 | 0.00 | 0.00 | 313 | City/Township Tax | Escrow |
| 2022-08-26 | 9/10/2022 12:00:00 AM | 0 | -12,255.00 | 0.00 | 0.00 | -12,255.00 | 0.00 | 0.00 | 0.00 | 315 | City/School Tax Paid | Escrow |
| 2022-08-26 | | 0 | 13,416.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 161 | Escrow Advance Refund Dep | Pmt/Reversal/Deposit |