Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brenda M Beck**
Debtor(s)

Bankruptcy Case No.: 18−20095−JAD

Chapter: 13
Docket No.: 70 − 68

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 24th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/17/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/17/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brenda M Beck  
    Debtor

Case No. 18-20095-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2023      Form ID: 408      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda M Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |
| cr | | Navient Solutions, LLC obo The Dept of Ed, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14792747 | + | BVA FEDERAL CREDIT UNION, 608 ROSTRAVER ROAD, BELLE VERNON, PA 15012-1941 |
| 14756595 | + | Belle Vernon Area Federal Credit Union, 608 Rostraver Road, Belle Vernon, PA 15012-1941 |
| 14756598 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14756597 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14780470 | + | Frazier School District/Jefferson Township, c/o Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14769867 | + | Jefferson Twp., Frazier ASD c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14769868 | | Monongahela Medical Supply Company, Monongahela Club Roadsuite 104, Monongahela, PA 15063 |
| 14769869 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14774025 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14769871 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17128-0946 |
| 14756600 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive--Suite 150, King Of Prussia, PA 19406-4702 |
| 14756601 | + | Timothy Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |
| 14853635 | + | Wilmington Savings Fund Society, FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:26 | Navient Solutions, LLC obo The Dept of Ed, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2023 00:19:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 25 2023 00:18:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14756593 | | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14756594 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Feb 25 2023 00:19:00 | Bayview Loan Servicing, 689 Airport Freeway Hurst, Hurst, TX 76053-3944 |
| 14795947 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 25 2023 00:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 14756596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:24 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 15009915 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2023 00:19:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14916741 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2023 00:18:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14756599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:18:00 | Internal Revenue Service, P.O. Box 7346, |

Case 18-20095-JAD    Doc 71    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 408 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 14793514 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV Funding, LLC its successors and assigns as, assignee of Beneficial National Bank USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14789653 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14774025 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:26 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14769870 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:18:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14775398 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14761957 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15242863 | + | Email/Text: bkteam@selenefinance.com | Feb 25 2023 00:18:00 | WILMINGTON SAVINGS FUND SOCIETY,FSB, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Bayview Loan Servicing LLC, a Delaware Limited Lia |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14762203 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: 408 | Total Noticed: 30 |

Alexandra Teresa Garcia
    on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company ecfmail@mwc-law.com,
    ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
    Mortgage Acquisition Trust cwohlrab@raslg.com

Christopher A. DeNardo
    on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company logsecf@logs.com

Daniel R. White
    on behalf of Debtor Brenda M Beck lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Marisa Myers Cohen
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as Owner
    Trustee of Matawin Ventures Trust Series 2018-1 ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
    Mortgage Acquisition Trust smncina@rascrane.com

TOTAL: 10