**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:

| | |
|---|---|
| **Brenda M Beck,** | **Chapter 13** |
| | **Case No.: 18-20095-JAD** |
| **Debtor.** | **Hearing Date: 4/12/23 at 10:00 AM** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this 16th day of March, 2023. I also certify that the foregoing *Order Setting Hearing on (RE: related document(s): 67 Response to Notice of Final Cure Mortgage Payment) (DE73)* was served on this day by United States Mail, Electronic Mail, or via the CM/ECF system to the parties on the service list stated below:

Brenda M Beck
189 Clark Road
Perryopolis, PA 15473

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Phone: (470) 321-7112

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab Esquire
PA Bar ID: 314532
Email: cwohlrab@raslg.com