IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/13/23 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | |
| Brenda M. Beck | : | Case No. 18-20095-JAD |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant(s) | : | Related to Document 65 and 67 |
| | : | |
| vs. | : | Hearing Date: 4/12/23 at 10:00 a.m. |
| Wilmington Savings Fund Society, FSB | : | |
| Respondent(s) | : | |

## MODIFIED ORDER

AND NOW, this 13th day of April, 2023, upon consideration of the CHAPTER 13 TRUSTEE'S RESPONSE TO WILMINGTON SAVINGS FUND SOCIETY, FSB'S RESPONSE TO NOTICE OF FINAL CURE, and responses thereto, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through February 28, 2023, as to the mortgage of Wilmington Savings Fund Society, FSB (Claim 11); (b) all prepetition arrears have been paid and the post-petition payments are fully current as of February 28, 2023; (c) Debtor(s) are to have resumed direct payments for all payments coming due in and after March 1, 2023; and (d) Debtor shall remain responsible for payment of any amounts due Wilmington Savings Fund Society, FSB, for post-petition tax advances not provided for in Debtor's Chapter 13 plan and, it is

ORDERED, that Wilmington Savings Fund Society, FSB, is prohibited from adding any fees or other charges to the Debtor's account in connection with the filing of its Response, or for attending any hearing in this matter.

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
   Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brenda M Beck  
    Debtor

Case No. 18-20095-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Apr 13, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brenda M Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor Bayview Loan Servicing LLC a Delaware Limited Liability Company logsecf@logs.com |
| Daniel R. White | on behalf of Debtor Brenda M Beck lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Marisa Myers Cohen | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2018-1 ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Sindi Mncina

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com

TOTAL: 10