**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brenda M Beck | Social Security number or ITIN | xxx–xx–2170 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    18–20095–JAD

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brenda M Beck

4/18/23

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                Case No. 18-20095-JAD

Brenda M Beck                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                    Page 1 of 3

Date Rcvd: Apr 18, 2023                           Form ID: 3180W                                Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda M Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |
| cr | | Navient Solutions, LLC obo The Dept of Ed, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14792747 | + | BVA FEDERAL CREDIT UNION, 608 ROSTRAVER ROAD, BELLE VERNON, PA 15012-1941 |
| 14756595 | + | Belle Vernon Area Federal Credit Union, 608 Rostraver Road, Belle Vernon, PA 15012-1941 |
| 14756598 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14756597 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14780470 | + | Frazier School District/Jefferson Township, c/o Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14769867 | + | Jefferson Twp., Frazier ASD c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14769868 | | Monongahela Medical Supply Company, Monongahela Club Roadsuite 104, Monongahela, PA 15063 |
| 14769869 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14774025 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14769871 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17128-0946 |
| 14756600 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive--Suite 150, King Of Prussia, PA 19406-4702 |
| 14756601 | + | Timothy Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |
| 14853635 | + | Wilmington Savings Fund Society, FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: MAXMSAIDV | Apr 19 2023 03:23:00 | Navient Solutions, LLC obo The Dept of Ed, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 23:31:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 18 2023 23:30:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14756593 | | EDI: GMACFS.COM | Apr 19 2023 03:23:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14756594 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Apr 18 2023 23:30:00 | Bayview Loan Servicing, 689 Airport Freeway Hurst, Hurst, TX 76053-3944 |
| 14795947 | + | EDI: LCIBAYLN | Apr 19 2023 03:23:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 14756596 | | EDI: CAPITALONE.COM | Apr 19 2023 03:23:00 | Capital One, c/o TSYS Total Debt Management, |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 5155, Norcross, GA 30091 |
| 15009915 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 18 2023 23:31:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14916741 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Apr 18 2023 23:30:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14756599 | | EDI: IRS.COM | | |
| | | | Apr 19 2023 03:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14793514 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 18 2023 23:45:23 | LVNV Funding, LLC its successors and assigns as, assignee of Beneficial National Bank USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14789653 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 18 2023 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14774025 | | EDI: MAXMSAIDV | | |
| | | | Apr 19 2023 03:23:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14769870 | + | EDI: PENNDEPTREV | | |
| | | | Apr 19 2023 03:23:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14769870 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 18 2023 23:30:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14775398 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Apr 18 2023 23:30:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14761957 | | EDI: PENNDEPTREV | | |
| | | | Apr 19 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14761957 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 18 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15242863 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Apr 18 2023 23:30:00 | WILMINGTON SAVINGS FUND SOCIETY,FSB, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Bayview Loan Servicing LLC, a Delaware Limited Lia |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14762203 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2             User: auto             Page 3 of 3

Date Rcvd: Apr 18, 2023             Form ID: 3180W             Total Noticed: 31

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company logsecf@logs.com |
| Daniel R. White | on behalf of Debtor Brenda M Beck lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Marisa Myers Cohen | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2018-1 ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com |

TOTAL: 10