**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/18/23 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    BRENDA M BECK

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-20095 JAD

Chapter 13

Related to ECF No. 68

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 18th day of April, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jah

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20095-JAD |
| Brenda M Beck | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda M Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |
| 14792747 | + | BVA FEDERAL CREDIT UNION, 608 ROSTRAVER ROAD, BELLE VERNON, PA 15012-1941 |
| 14756595 | + | Belle Vernon Area Federal Credit Union, 608 Rostraver Road, Belle Vernon, PA 15012-1941 |
| 14756598 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14756597 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14780470 | + | Frazier School District/Jefferson Township, c/o Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14769867 | + | Jefferson Twp., Frazier ASD c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14769868 | | Monongahela Medical Supply Company, Monongahela Club Roadsuite 104, Monongahela, PA 15063 |
| 14769869 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14769871 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17128-0946 |
| 14756600 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive--Suite 150, King Of Prussia, PA 19406-4702 |
| 14756601 | + | Timothy Beck, 189 Clark Road, Perryopolis, PA 15473-1255 |
| 14853635 | + | Wilmington Savings Fund Society, FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 18 2023 23:45:06 | Navient Solutions, LLC obo The Dept of Ed, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 23:31:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 18 2023 23:30:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14756593 | | Email/Text: ally@ebn.phinsolutions.com | Apr 18 2023 23:30:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14756594 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Apr 18 2023 23:30:00 | Bayview Loan Servicing, 689 Airport Freeway Hurst, Hurst, TX 76053-3944 |
| 14795947 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 18 2023 23:30:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 14756596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 23:45:21 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 15009915 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 23:31:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14916741 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 18 2023 23:30:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14756599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2023 23:30:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14793514 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 23:45:37 | LVNV Funding, LLC its successors and assigns |

Case 18-20095-JAD    Doc 82    Filed 04/20/23    Entered 04/21/23 00:28:57    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | as, assignee of Beneficial National Bank USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14789653 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14774025 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 18 2023 23:45:06 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14769870 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14775398 | + | Email/Text: bncnotifications@pheaa.org | Apr 18 2023 23:30:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14761957 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15242863 | + | Email/Text: bkteam@selenefinance.com | Apr 18 2023 23:30:00 | WILMINGTON SAVINGS FUND SOCIETY,FSB, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Bayview Loan Servicing LLC, a Delaware Limited Lia |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14762203 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC  a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 30 |

on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

Christopher A. DeNardo

on behalf of Creditor Bayview Loan Servicing LLC a Delaware Limited Liability Company logsecf@logs.com

Daniel R. White

on behalf of Debtor Brenda M Beck lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Marisa Myers Cohen

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2018-1 ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen

on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Sindi Mncina

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com

TOTAL: 10